UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:03-CR-1-1BO
No. 2:11-CV-72-BO

| | | |
|---|---|---|
| JARVIS LEE BRYANT, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

For good cause having been shown upon the Motion of the Respondent, it is hereby ORDERED that Government's response, filed February 16, 2012, is accepted as timely.

This the __19__ day of February, 2012.

TERRENCE W. BOYLE
United States District Judge