IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:03-CR-1-BO

UNITED STATES OF AMERICA,          )
                                   )
                                   )
v.                                 )          **O R D E R**
                                   )
JARVIS LEE BRYANT                  )

This matter is before the Court on a motion by defendant to change his sentence. [DE 72]. On October 29, 2015, defendant was sentenced to a term of four months' imprisonment following a finding that defendant had violated the terms of and conditions of his judgment while on supervised release. [DE 71]. Defendant filed a motion on November 18, 2015, asking that his sentence be changed to 120 days and that he be permitted to finish his remaining term of incarceration at a half-way house. On December 8, 2015, the government moved to dismiss defendant's motion. [DE 74].

It appearing that defendant has served his active sentence and has been released from the Bureau of Prisons, *see* http://www.bop.gov/inmateloc/, defendant's request for a change in his sentence is moot. Accordingly, the pending motions in this action are hereby DENIED AS MOOT.

SO ORDERED, this _16_ day of _February_ , 2016.

Terrence W. Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE